**George Samuel GREEN, Jr.,**
**Plaintiff–Appellant,**

v.

**Ron ANGELONE, Director of D.O.C.; Matthew P. Dullaghan, Assistant Attorney General; Virginia Parole Board Members, Parole Decision Makers, Defendants–Appellees.**

No. 01–6817.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

George Samuel Green, Jr., pro se.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

George Samuel Green, Jr., appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no

reversible error. Accordingly, we affirm on the reasoning of the district court. *See Green v. Angelone,* No. CA–01–255–2 (E.D. Va. Apr. 19 & May 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*